UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO ZAPIEN,<br><br>Defendant. | CASE NO.:   21CR2513-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting currently set for October 8, 2021 at 1:30 p.m., be continued to November 4, 2021 at 1:30 p.m.   For the reasons set forth in the joint motion, it is further ordered that the time be excluded under the Speedy Trial Act in the interests of justice.

**SO ORDERED.**

Dated:  September 28, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge