UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | CASE NO.:  21-CR-2513-JLS |
|---|---|
| Plaintiff, | |
| v. | Order to Continue Sentencing Hearing |
| ALFONSO ZAPIEN, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that Mr. Zapien's sentencing hearing be continued from April 15, 2022 to <u>April 22, 2022, at 9:00 a.m.</u>

**SO ORDERED.**

Dated:  March 9, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge